IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNY LEE JOHNSON,
3040 Somerset Drive
Jeffersonton, VA 22724

    Plaintiff,

v.                                      Civil Action No. _____

MICHAEL V. SOMOSKY,
5128 Alfred Drive
Waldorf, Maryland 20601,

    Defendant.

Also Serve:
    John Dahut
    Registered Agent, GEICO
    962 Wayne Avenue, Suite 200
    Silver Spring, MD 20910

## COMPLAINT

Plaintiff, Johnny Lee Johnson, for his complaint against the Defendant, Michael Vincent Somosky, states as follows:

### PARTIES

1. Plaintiff is an adult male citizen of the Commonwealth of Virginia currently residing at 3040 Somerset Drive, Jeffersonton, Virginia 22724.

2. Defendant Michael Vincent Somosky is an adult male citizen of the State of Maryland, currently residing at 5128 Alfred Drive, Waldorf, Maryland 20601.

## JURISDICTION

3. This court has jurisdiction of this case pursuant to 28 U.S.C. §1332, in that there is complete diversity of citizenship between all plaintiffs and all defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## FACTS

4. On or about December 8, 2004, Plaintiff was the operator of a 1989 Mazda 626 eastbound on D Street N.W., in the District of Columbia. At the same time, Defendant was the operator of a 1995 Chevrolet Prism traveling southbound on Louisiana Ave. N.W., in the District of Columbia. The intersection of these two roads is controlled by a traffic control signal. As Plaintiff approached the intersection he had a green light controlling his direction of travel and therefore lawfully entered the intersection on the green light; at the same time and place, the Defendant approached the intersection with a red light controlling his direction of travel. In disregard of the red light, Defendant entered the intersection and collided with Plaintiff's automobile causing Plaintiff to sustain serious, painful, and permanent injuries described more fully herein below.

## NEGLIGENCE

5. Plaintiffs repeats and realleges Paragraphs one through four as though set forth in full herein.

6. While operating his automobile on a public highway in the District of Columbia, Defendant had a duty to obey the laws of the District of Columbia and to otherwise operate his automobile in a reasonable, non-negligent manner.

7. Defendant was negligent in, among other things, failing to keep a proper lookout, failing to operate his vehicle at a reasonable speed and with due regard for Plaintiff and other motor vehicle operators, failing to obey the traffic signal at the intersection of D Street and Louisiana Avenue, N.W., and otherwise failing to yield the right of way to Plaintiff.

8. Defendant's negligence was the sole proximate cause of the serious, painful, and permanent injuries Plaintiff endured as described more fully herein below.

## DAMAGES

9. Plaintiff repeats and realleges Paragraphs one through eight as though set forth in full herein.

10. As the direct and proximate result of the negligence of the Defendant, Plaintiff, Johnny Lee Johnson, sustained serious, painful and permanent injuries that required, among other things, surgery on his lumbar spine. During the collision, Mr. Johnson suffered a herniated disc in his lumbar spine at L5/S1 which caused significant pain in his low back and numbness in his lower extremities. For nearly one year, Mr. Johnson and his physicians attempted to treat his injury conservatively with multiple epidural and steroid injections but when that course of treatment failed to provide lasting relief, Mr. Johnson resorted to his only remaining treatment option: a laminectomy and fusion of his lumbar spine at the L5/S1 level.

11. As the direct and proximate result of the injury inflicted by Defendant's negligence, Plaintiff, Johnny Lee Johnson, has incurred and will continue to incur medical and related expenses, has experienced and will forever experience in the future pain and suffering, inconvenience, embarrassment, humiliation, loss of earnings and earning capacity, and

diminished quality of life. Furthermore, the injury and resulting treatment rendered Plaintiff more susceptible to future injuries and incapacity.

WHEREFORE, Plaintiff ask this Court to enter judgment on his behalf and against Defendant Michael Vincent Somosky, in the amount of SEVEN HUNDRED THIRTY-NINE THOUSAND EIGHT HUNDRED FORTY-ONE DOLLARS AND SIXTY-EIGHT CENTS ($739,841.68) together with interest from the date of the collision, costs, and such other relief as is allowed by law.

PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES.

JOHNNY L. JOHNSON  
Plaintiff  
By Counsel

**LAW OFFICES OF GARY B. MIMS**
3923 Old Lee Highway, Suite 62-B
Fairfax, Virginia 22030
Telephone: (703) 359-8111
Facsimile:  (703) 359-0897

By: _____
Gary B. Mims, D.C. Bar No. 416030