# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Johnny Lee Johnson
Plaintiff(s)

Case Number: <u>1:06CV00710 JDB</u>

vs

Michael V. Somosky
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Gary D. Dean, hereby certify that on April 25, 2006 at 10:24 AM, I executed service of process upon **MICHAEL V. SOMOSKY** at 5128 Alfred Drive, Waldorf, MD 20601 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order.

Michael V. Somosky is described as a White Male, approximately 5' 9" tall, 140-150 pounds, Dark eyes, pierced lower lip, Brown hair, and 23-24 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 51 years of age, Date of Birth 3/17/55; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 25, 2006.

Date April 25, 2006.

_____
Gary D. Dean

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on April 25, 2006.

_Shandora Dobson_

My Commission Expires:   Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008

NANCY M. MAYER-WHITTINGTON
CLERK

2006 MAY -1 PM 2: 58

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED