**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

**JOHNNY LEE JOHNSON,**

        **Plaintiff,**

**v.**

**MICHAEL V. SOMOSKY,**

        **Defendant.**

Case No. **1-06CV00710**
**Judge John D. Bates**

## ANSWER TO COMPLAINT

COMES NOW Defendant Michael Somosky, by and through the undersigned counsel, and hereby answers the Complaint filed herein as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

The causes of actions asserted by the Plaintiff did not accrue within the applicable statute of limitations.

### THIRD DEFENSE

Defendant affirmatively asserts that the injuries allegedly sustained by the Plaintiff were caused by the sole, concurring and/or contributory negligence of the Plaintiff.

### FOURTH DEFENSE

Defendant affirmatively asserts that the Plaintiff assumed the risk of  injuries.

### FIFTH DEFENSE

The Complaint fails to join a party in whose absence complete relief cannot be accorded among those already partied.

<u>SIXTH DEFENSE</u>

Assuming negligence or other wrong doing on the part of this Defendant, it was not the proximate cause of the Plaintiff's alleged injuries, but Plaintiff's alleged injuries were a result of superseding and/or intervening causes.

<u>SEVENTH DEFENSE</u>

Assuming negligence or other wrong doing on the part of this Defendant, it was not the proximate cause of the Plaintiff's alleged injuries, but Plaintiff's alleged injuries were a result of prior and/or subsequent conditions or occurrences for which this Defendant is not responsible.

<u>EIGHTH DEFENSE</u>

This Defendant denies that the Plaintiff has properly served the Summons and Complaint upon this Defendant.

<u>SPECIFIC DEFENSES</u>

1.      This defendant is without sufficient information to form a belief as to the truth of the matters alleged in paragraph one. To the extent further response is required defendant denies same.

2.      Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3.      Defendant denies the allegations contained in Paragraph 3 of the Complaint.

4.      Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5.      Defendant incorporates by reference all prior admissions and denials.

6.      Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7.      Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8.      Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9.    Defendant incorporates by reference all prior admissions and denials.

10.    Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11.    Defendant denies the allegations contained in Paragraph 11 of the Complaint.

WHEREFORE Defendant respectfully requests:

1.    That the Court dismiss Plaintiff's Complaint with prejudice, all costs paid by

Plaintiff; and

2.    That the Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
Frederick Harrison Collins
D.C. Bar No. 391603
Counsel for Defendant
962 Wayne Avenue, Suite 200
Silver Spring, MD  20910
(301) 587-9626

## JURY DEMAND

Defendant respectfully requests a jury trial.

_____
Frederick Harrison Collins
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11thday of May, 2006, a copy of the foregoing
Answer to Complaint and Demand for Jury Trial was sent electronically, postage prepaid to:

Gary B. Mims
3923 Old Lee Highway
Suite 62-B
Fairfax,  VA  22030

_____
Frederick Harrison Collins
Counsel for Defendan