UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

JOHNNY LEE JOHNSON,

    Plaintiff,

v.

MICHAEL V. SOMOSKY,

    Defendant.

Case No. **1-06CV00710(JDB)**

### Joint Rule 16.3 Report

The Court will please note that the parties have conferred by telephone pursuant to Local Civil Rule 16.3 and hereby submit the following report.

1. Dispositive Motions

    The parties do not expect that the case will be disposed of by dispositive motion.

2. Amended Pleading

    The parties do not expect that there will be any amendments to the pleadings.

3. Assignment to Magistrate Judge

    The parties are not willing to have the case assigned to a magistrate judge.

4. Realistic Possibility of Settlement

    The possibility of settlement is unknown at this time.

5. Alternative Dispute Resolution

    The parties would be willing to proceed to alternative dispute resolution.

6. Summary Judgment

    The parties do not expect that the case will be resolved by way of summary judgment.

7. Rule 26(a)(1)

    The parties stipulate to dispense with the initial disclosures required by Rule 26(a)(1).

8. <u>Discovery</u>

   The parties expect to undertake discovery of each of the parties and the various health care providers and IME doctors. It is proposed that discovery could be completed within 120 days of the Initial Status Conference.

9. <u>Expert Witness Report</u>

   The parties agree that an exchange of Expert Witness Reports will be required, however, the parties would agree to dispense with the disclosures required by Rule 26(a)(2) with the exception of an exchange of Curriculum Vitaes and a listing of cases which each expert has testified within the last one year.

10. <u>Class Actions</u>

    Not applicable.

11. <u>Bifurcation</u>

    The parties do not believe that bifurcation would serve any purpose in this case.

12. <u>Pretrial Conference</u>

    The parties would request that the Court schedule the pretrial conference for October 17, 2006.

13. <u>Trial Date</u>

    The parties would request that the Court schedule the trial at the first Scheduling Conference.

14. <u>Other Matters</u>

    Not applicable.

        Respectfully submitted,

_____

Frederick Harrison Collins
D.C. Bar No.: 391603
Counsel for Defendant
962 Wayne Avenue
Suite 200
Silver Spring, MD 20910
(301) 587-9626


_____

Gary B. Mims
D.C. Bar No.: 416030
Counsel for Plaintiff
3923 Old Lee Highway
Suite 62-B
Fairfax, VA 22030
(703) 359-8111