UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL V. SOMOSKY,<br><br>    Defendant. | Civil Action No. 06-0710 (JDB) |

**ORDER**

Pursuant to the status conference held on this date, it is this 13th day of June, 2006, hereby

**ORDERED** that, based upon the agreement of the parties, this case is **REFERRED TO MEDIATION** for a period of not longer than sixty days. In accordance with Local Civil Rule 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions. It is further

**ORDERED** that the Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and assigning a mediator. The parties shall promptly notify the Court if the case settles in whole or in part. It is further

**ORDERED** that, in the event mediation is unsuccessful, discovery shall commence on August 14, 2006, and shall be completed by not later than December 15, 2006. It is further

**ORDERED** that the parties shall appear for a status conference with the Court on October 12, 2006, at 9:00 a.m.

                                       /s/ John D. Bates
                                       JOHN D. BATES
                                 United States District Judge

Copies to:

Gary Brooks Mims
LAW OFFICES OF GARY B. MIMS
3923 Old Lee Highway, Suite 62-B
Fairfax, VA  22030
Email: gmims@mimslawfirm.com

*Counsel for plaintiff*


Frederick Harrison Collins
JOHN M. DAHUT & ASSOCIATES
962 Wayne Avenue, Suite 200
Silver Spring, MD  20910
Email: fcollins@geico.com

*Counsel for defendant*