IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **JOHNNY LEE JOHNSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 1:06CV00710 (JDB) |
| | : | |
| **MICHAEL V. SOMOSKY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### ORDER

On Motion of Gary B. Mims, Esquire, for the admission *pro hac vice* of Mary Catherine Sheridan, Esquire, and with the consent of both opposing counsel, I do now admit Ms. Sheridan *pro hac vice* to the bar of this Court for the purpose of defending the deposition of the Plaintiff in the above-styled action.

SO ORDERED.

Entered this _____ day of _____, 2006.

_____
**John D. Bates
United States District Judge**

**Copies to:**

Gary B. Mims, Esquire
Mary Catherine Sheridan, Esquire
Law Offices of Gary B. Mims
3923 Old Lee Highway, Suite 62-B
Fairfax, VA  22030
*Counsel for Plaintiff*

Frederick Harrison Collins, Esquire
962 Wayne Avenue, Suite 200
Silver Spring, MD  20910
(301) 587-9626
*Counsel for Defendant Somosky*