IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **JOHNNY LEE JOHNSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:06CV00710 (JDB) |
| : | |
| **MICHAEL V. SOMOSKY,** : | |
| : | |
| **Defendant.** : | |
| : | |

## MOTION FOR *PRO HAC VICE* ADMISSION

COMES NOW, Gary B. Mims, Esquire, and moves the admission of Mary Catherine Sheridan, Esquire, *pro hac vice* for the purpose of defending the deposition of the Plaintiff in the above-referenced action. I have known Ms. Sheridan for two years, affirm that she is a member in good standing of both the District of Columbia and Virginia bars, is of sound moral character, and meets the requisite qualifications to practice before this Court.

WHEREFORE, I respectfully request that the Court enter the attached Order granting the Motion for Ms. Sheridan's *pro hac vice* admission.

Respectfully Submitted,

/s/ Gary B. Mims
Gary B. Mims, Esquire
DC Bar No. 416030
Law Offices of Gary B. Mims
3923 Old Lee Highway, Suite 62-B
Fairfax, VA 22030
(703) 359-8111
*Counsel for Plaintiff*

# **CERTIFICATE**

THIS IS TO CERTIFY that a true copy of the foregoing was hand-delivered, transmitted via facsimile and/or mailed, postage prepaid, this __2nd__ day of __August__, 2006 to the following:

| | |
|---|---|
| Frederick Harrison Collins, Esquire<br>962 Wayne Avenue, Suite 200<br>Silver Spring, MD  20910<br>(301) 587-9626<br>*Counsel for Defendant Somosky* | (  )   via facsimile<br>(  )   hand delivery<br>( X )  mailed, first class,<br>         post prepaid<br>(  )   via electronic mail |

 

                                   /s/ Gary B. Mims