DECLARATION OF NON-MEMBER OF UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA FOR APPEARANCE *PRO HAC VICE*

Pursuant to LCvR 83.2 (d), I, Mary Catherine Sheridan, declare and attest as follows:

1. My full name is Mary Catherine Sheridan.
2. My office address is: Law Offices of Gary B. Mims, 3923 Old Lee Highway, Suite 62 B, Fairfax, Virginia 22030; Telephone number: 703-359-8111; Facsimile number: 703-359-0897; email address: mcsheridan@mimslawfirm.com.
3. I am admitted to and a member in good standing of the following bars: District of Columbia Court of Appeals; Supreme Court of Virginia; United States Court of Appeals for the Fourth Circuit; United States District Court for the Eastern District of Virginia; United States District Court for the Western District of Virginia.
4. I certify that I have never been disciplined by any bar.
5. I have never been admitted *pro hac vice* in the United States District Court for the District of Columbia.
6. I do not engage in the practice of law from an office in the District of Columbia.

I delare under penalty of perjury that the foregoing are true and correct.

_____
Mary Catherine Sheridan


COMMONWEALTH OF VIRGINIA:
COUNTY OF Fairfax        , to-wit:

SWORN and SUBSCRIBED to before me this 2nd day of August, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 11-30-10