UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY LEE JOHNSON,**<br><br>    **Plaintiff,**<br><br>         **v.**<br><br>**MICHAEL V. SOMOSKY,**<br><br>    **Defendant.** | Civil Action No.  06-0710 (JDB) |

### ORDER

Pursuant to the status conference held on this date, it is this 12th day of October, 2006, hereby

**ORDERED** that, based upon the agreement of the parties, this case is referred to Magistrate Judge Alan Kay for a period of not more than sixty (60) days for the sole purpose of facilitating settlement discussions; and it is further

**ORDERED** that trial of this action shall commence at 9:30 a.m. on January 29, 2007.


                    /s/ John D. Bates
                    JOHN D. BATES
                    United States District Judge