IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY LEE JOHNSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:06CV00710 |
| : | Judge John D. Bates |
| **MICHAEL V. SOMOSKY,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE

This lawsuit against Michael Somosky is for personal injuries received in an automobile collision that occurred in the District of Columbia on December 8, 2004. As a result of the collision he sustained personal injuries, was required to undergo a laminectomy and fusion of L5-S1, incurred $100,039.10 in medical expenses and lost wages in excess of $12,123.00. The defendant has minimal insurance limits and plaintiff has underinsured motorist coverage through his insurer, GEICO. Plaintiff is seeking judgment against Defendant and payment from Defendant's insurer and GEICO for any judgment in excess of the tortfeasor's limits.

The insurance contract between Plaintiff and GEICO was entered into in Virginia and is therefore governed by the laws of Virginia. Pursuant to Va. Code §38.2-2206 F and the policy, in order to rely upon the benefits conferred under the underinsured motorist provision of the GEICO policy, Plaintiff must serve process on GEICO as though it is a party. This enables GEICO to participate in discovery and aid in the defense so as to protect its monetary interests in the outcome of the case. Plaintiff has attempted to comply with the policy requirement by

requesting that GEICO voluntarily accept service pursuant to Rule 4, FRCP. GEICO has attempted to accept service by entering an appearance in this case.

The parties and GEICO have agreed that GEICO's appearance should be accepted through its counsel, Francis Ford, Esquire.


/s/ Gary B. Mims
Gary B. Mims, D.C. Bar No. 416030
LAW OFFICES OF GARY B. MIMS
3923 Old Lee Highway, Suite 62-B
Fairfax, Virginia 22030
Telephone: (703) 359-8111
Facsimile:  (703) 359-0897
*Counsel for Plaintiff*


/s/ Frederick Collins
Frederick Harrison Collins, Esquire
962 Wayne Avenue, Suite 200
Silver Spring, MD  20910
(301) 587-9626
Counsel for Defendant Somosky


/s/ Francis J. Ford
Francis J. Ford, Esquire
7700 Old Georgetown Road, Suite 520
Bethesda, MD  20814
(301) 279-2000
*Counsel for Geico*