UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHNNY LEE JOHNSON,

Plaintiff,

v.

MICHAEL V. SOMOSKY,

Defendant.

Civil Action No. 06-0710 (JDB)

## ORDER

The Court has considered the parties' Notice of October 12, 2006, describing the relationship between the parties and plaintiff's insurer GEICO. The parties and GEICO are hereby instructed that if GEICO wishes to participate in this action, it should file with the Court a consent motion to intervene pursuant to Federal Rule of Civil Procedure 24(b). GEICO is further instructed to comply with the requirements of Federal Rule of Civil Procedure 24(c) and Local Rule of Civil Procedure 7(j).

**SO ORDERED.**

JOHN D. BATES
United States District Judge

Dated:  October 16, 2006