IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE JOHNSON : | |
| : | |
| Plaintiff : | |
| : | |
| Vs. : | Case Number: 1:06CV00710 |
| : | Judge: John D. Bates |
| MICHAEL V. SOMOSKY : | |
| : | |
| Defendant : | |

**CONSENT MOTION TO INTERVENE**

COMES NOW Government Employees Insurance Company, by its attorney, Francis J. Ford and pursuant to Rule 24(b) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 7(j), requests this Court to allow the Movant to intervene in the above-captioned matter as a Defendant, and as grounds therefor, states:

1. That the Plaintiff has filed the above-captioned lawsuit alleging personal injuries arising out of a motor vehicle accident that occurred on December 8, 2004.

2. That the Movant, Government Employees Insurance Company, insures the Plaintiff, Johnny Lee Johnson, under a policy of automobile insurance which policy provides underinsured motorist coverage with limits of $300,000.

3. That Plaintiff's counsel has put the Movant on notice that the Plaintiff is presenting an underinsured motorist claim against Government Employees Insurance Company.

4. That the Movant, Government Employees Insurance Company, has an interest in the above-captioned action which is essential to protect, as a judgment against the Defendant, Michael V. Somosky, may be binding upon the Movant due to the fact that

the Movant insures the Plaintiff for underinsured motorist coverage as aforesaid.

5. That the Movant's defense to any claim for underinsured motorist benefits has questions of law and fact in common with the action filed by the Plaintiff against the Defendant Somosky.

6. That this matter will not be delayed nor will any party be prejudiced by allowing the Movant to intervene.

7. That a copy of the Movant's proposed Answer to the Plaintiff's Complaint is attached.

8. That counsel for the Plaintiff Johnson and counsel for the Defendant Somosky consent to the filing of this Motion.

WHEREFORE, the Movant, Government Employees Insurance Company, respectfully requests that this Court allow it to intervene as a Defendant in the above-captioned matter.

Respectfully submitted

By: _____/s/_____
Francis J. Ford   #4408
Attorney for GEICO
7700 Old Georgetown Road
Suite 520
Bethesda, Maryland   20814
(301)  279-2000

Seen and Consented To:

_____/s/_____
Gary B. Mims
Attorney for Plaintiff

_____/s/_____
Frederick H. Collins
Attorney for Defendant, Michael Somosky

## POINTS AND AUTHORITIES

Rule 24(b), Federal Rules of Civil Procedure.

Local Rule of Civil Procedure 7(j).

_____/s/_____
Francis J. Ford

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion To Intervene and proposed Order was mailed, postage prepaid, this ___ day of October, 2006 to:

>Gary B. Mims, Esquire
>3923 Old Lee Highway
>Suite 62-B
>Fairfax, Virginia   22030

>Frederick H. Collins, Esquire
>962 Wayne Avenue
>Suite 200
>Silver Spring, Maryland   20910

_____/s/_____
Francis J. Ford