IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNNY LEE JOHNSON | : | |
| Plaintiff | : | |
| Vs. | : | Case Number: 1:06CV00710 |
| | : | Judge: John D. Bates |
| MICHAEL V. SOMOSKY | : | |
| Defendant | : | |

## **ORDER**

UPON CONSIDERATION of the Consent Motion of Government Employees Insurance Company to Intervene in the above-captioned matter, it is by the Court this \_\_\_\_ day of _____, 2006;

ORDERED that the Motion to Intervene be and the same hereby is granted and Government Employees Insurance Company is made an additional Defendant and its Answer to the Complaint is deemed filed as of the date of this Order.

_____
Judge

Copies to:

Gary B. Mims, Esquire
3923 Old Lee Highway
Suite 62-B
Fairfax, Virginia  22030

Francis J. Ford, Esquire
7700 Old Georgetown Road
Suite 520
Bethesda, Maryland  20814

Frederick H. Collins, Esquire
962 Wayne Avenue
Suite 200
Silver Spring, Maryland  20910