IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNNY LEE JOHNSON | : | |
| Plaintiff | : | |
| | : | |
| Vs. | : | Case Number: 1:06CV00710 |
| | : | Judge:  John D. Bates |
| MICHAEL V. SOMOSKY | : | |
| | : | |
| Defendant | : | |

**ANSWER OF GOVERNMENT EMPLOYEES INSURANCE COMPANY TO COMPLAINT**

COMES NOW the Intervening Defendant, Government Employees Insurance Company, through counsel, Francis J. Ford, and for its Answer to the Complaint filed herein, states:

**FIRST DEFENSE**

The Complaint fails to state a cause of action upon which relief may be granted.

**SECOND DEFENSE**

In Answer to the specifically numbered paragraphs of the Complaint, Government Employees Insurance Company, states:

1. The allegations contained in paragraph one of the Complaint are admitted.

2. The allegations contained in paragraph two of the Complaint are admitted.

3. The allegations contained in paragraph three of the Complaint are

admitted.

    4.    It is admitted that an accident occurred at or about the time and place as alleged in paragraph four of the Complaint but the remaining allegations contained in paragraph four are denied.

    5.    To the extent that paragraph five repeats and re-alleges paragraphs one through four, Government Employees Insurance Company adopts and incorporates herein by reference its responses to those paragraphs.

    6.    The allegations contained in paragraph six are conclusions of law to which a response is not required.

    7.    The allegations contained in paragraph seven of the Complaint are denied.

    8.    The allegations contained in paragraph eight of the Complaint are denied.

    9.    To the extent that paragraph nine repeats and re-alleges paragraphs one through eight, Government Employees Insurance Company adopts and incorporates herein by reference its responses to those paragraphs.

    10.    The allegations contained in paragraph ten of the Complaint are denied.

    11.    The allegations contained in paragraph eleven of the Complaint are denied.

## **THIRD DEFENSE**

The injuries and damages, if any, sustained by the Plaintiff were the result of the Plaintiff's sole or contributory negligence.

**WHEREFORE**, having fully answered, the Intervening Defendant, Government Employees Insurance Company, prays that the Complaint be dismissed with costs against the Plaintiff.

FRANCIS J. FORD, P.A.

/s/
_____
Francis J. Ford   #4408
7700 Old Georgetown Road
Suite 520
Bethesda, Maryland 20814
(301) 279-2000
Attorney for Intervening Defendant GEICO