UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHNNY LEE JOHNSON,

        Plaintiff,

v.     Civil Action No.  06-0710(JDB)

MICHAEL V. SOMOSKY, et al.,

        Defendants.

## STIPULATION OF DISMISSAL

The Clerk will kindly enter the above-captioned matter as SETTLED and DISMISSED, with prejudice and without costs.

                                                         _____/s/_____
                                                         Gary B. Mims
                                                         3923 Old Lee Highway
                                                         Suite 62-B
                                                         Fairfax,  VA  22030
                                                         (703)359-8111
                                                         Counsel for Plaintiff


                                                  _____/s/_____
                                                 Francis J. Ford
                                               7700 Old Georgetown Road
                                               Suite 520
                                               Bethesda,  MD  20814
                                               (301)279-2000
                                               Counsel for Defendant-Geico


                                               _____/s/_____
                                               Frederick Harrison Collins
                                               962 Wayne Avenue
                                               Suite 200
                                               Silver Spring, MD  20910
                                               (301) 587-9626
                                               Counsel for Defendant-Somosky